IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        Plaintiff,

  -v-

THE PREMISES AND REAL PROPERTY WITH                       16-CV-6112T
ALL BUILDINGS, APPURTENANCES, AND
IMPROVEMENTS, LOCATED AT **9807 MILL RUN
DRIVE, GREAT FALLS, VIRGINIA**, THAT IS, ALL
THAT TRACT OR PARCEL OF LAND, SITUATED
IN THE COUNTY OF FAIRFAX, AND STATE OF
VIRGINIA, AND MORE PARTICULARLY DESCRIBED
IN A CERTAIN DEED RECORDED IN BOOK 23604
OF DEEDS AT PAGE 342 IN FAIRFAX COUNTY
CIRCUIT COURT,

THE PREMISES AND REAL PROPERTY WITH
ALL BUILDINGS, APPURTENANCES, AND
IMPROVEMENTS, LOCATED AT **9480 VIRGINIA
CENTER BOULEVARD, UNIT 331, VIENNA,
VIRGINIA**, THAT IS, ALL THAT TRACT OR PARCEL
OF LAND, SITUATED IN THE TOWN OF VIENNA,
COUNTY OF FAIRFAX, AND STATE OF VIRGINIA,
AND MORE PARTICULARLY DESCRIBED IN A
CERTAIN DEED RECORDED IN BOOK 22163 OF
DEEDS AT PAGE 419 IN FAIRFAX COUNTY
CIRCUIT COURT,

THE PREMISES AND REAL PROPERTY WITH
ALL BUILDINGS, APPURTENANCES, AND
IMPROVEMENTS, LOCATED AT **2726 GALLOWS
ROAD, UNIT 1304, VIENNA, VIRGINIA**, THAT IS,
ALL THAT TRACT OR PARCEL OF LAND, SITUATED
IN THE TOWN OF VIENNA, COUNTY OF FAIRFAX,
AND STATE OF VIRGINIA, AND MORE
PARTICULARLY DESCRIBED IN A CERTAIN DEED
RECORDED IN BOOK 21321 OF DEEDS AT PAGE 992
IN FAIRFAX COUNTY CIRCUIT COURT,

THE PREMISES AND REAL PROPERTY WITH ALL BUILDINGS, APPURTENANCES, AND IMPROVEMENTS, LOCATED AT **1939 ROLAND CLARKE PLACE, UNIT 330, RESTON, VIRGINIA**, THAT IS, ALL THAT TRACT OR PARCEL OF LAND, SITUATED IN THE COUNTY OF FAIRFAX, AND STATE OF VIRGINIA, AND MORE PARTICULARLY DESCRIBED IN A CERTAIN DEED RECORDED IN BOOK 23831 OF DEEDS AT PAGE 1070 IN FAIRFAX COUNTY CIRCUIT COURT,

        Defendants.
_____

EXEMPTION FROM TECHNOLOGY TRUST FUND FEE:

Pursuant to VA Code § 17.1-279(E), the recording of this instrument tendered by the United States is exempt from the assessment of the Technology Trust Fund Fee of $5.00

## MEMORANDUM OF LIS PENDENS

**GRANTOR**:  BEN <u>WEN</u> AND JESSICA P <u>ZHANG</u> as Trustees and identified as the Ben <u>WEN</u> Revocable Trust and the Jessica P <u>ZHANG</u> Revocable Trust

**GRANTEE**:  UNITED STATES OF AMERICA

**COURT**:  U.S. District Court for the Western District of New York

**CAPTION**:  U.S. v. 9807 Mill Run Drive, Great Falls, Virginia, et al.

**CASE NO.**:  6:16-CV-6112T

**TAX MAP/PARCEL NO.**:  0133 03 0054

**PROPERTY**:  9807 Mill Run Drive, Great Falls, Virginia 22066, and more fully described below:

The following described property located in the County of FAIRFAX, Virginia, together with improvements thereon and appurtenances thereunto pertaining (the "Property"), pursuant to the provisions of Virginia Code Section 55-20.2(B) as amended:

Lot 54, MILL RUN ACRES, as the same appears duly dedicated, platted and recorded in Deed Book 1306 at Page 85, among the land records of Fairfax County, Virginia.

Such property having a street address of 9807 Mill Run Drive, Great Falls, Virginia 22066

**INTERESTS AFFECTED**:

Ben Wen and Jessica P Zhang, and any other person alleging any interest in the property.

**(9807 Mill Run Drive, Lis Pendens)**

**BASIS**:

TAKE NOTICE that the United States of America, plaintiff in the aforementioned case, United States of America v. 9807 Mill Run Drive, Great Falls, Virginia, et al., 6:16-CV-6112T, United States District Court for the Western District of New York, hereby gives notice of Lis Pendens by this memorandum filed in the Clerk's Office of the Circuit Court of Fairfax County, Virginia.

On February 24, 2016, the United States filed a civil forfeiture action (docket #6:16-CV-6112T) alleging violations of Title 18, United States Code, Section 1341 and that the defendant property is forfeitable pursuant to Title 18, United States Code, Sections 981(a)(1)(A) and 981(a)(1)(C) as being involved in and proceeds of said violations.

For further information concerning this action, reference may be made to the records of the Clerk of Court for the United States District Court for the Western District of New York, 100 State Street, Rochester, New York, 14614.

WITNESS my hand this 24th day of February, 2016.

        Respectfully submitted,

        William J. Hochul, Jr.
        United States Attorney

By:    s/Grace M. Carducci_____
        GRACE M. CARDUCCI
        Assistant United States Attorney
        U.S. Attorney's Office
        Western District of New York
        100 State Street, Suite 500
        Rochester, New York 14614
        585.399.3954
        grace.carducci@usdoj.gov

State of New York    )
County of Monroe    ) ss
City of Rochester     )

      The foregoing Memorandum of Lis Pendens was acknowledged before me this 24th day of February, 2016, by Grace M. Carducci, Assistant United States Attorney for the Western District of New York.

                                                      <u>s/Michelle McCreedy</u>
                                                      Notary Public

    MICHELLE MCCREEDY
    NOTARY PUBLIC, STATE OF NEW YORK
    QUALIFIED IN MONROE COUNTY
    COMMISSION EXPIRES AUGUST 1, 2017