**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

THE PREMISES AND REAL PROPERTY WITH
ALL BUILDINGS, APPURTENANCES, AND
IMPROVEMENTS, LOCATED AT **9807 MILL RUN**
**DRIVE, GREAT FALLS, VIRGINIA**, THAT IS, ALL
THAT TRACT OR PARCEL OF LAND, SITUATED
IN THE COUNTY OF FAIRFAX, AND STATE OF
VIRGINIA, AND MORE PARTICULARLY DESCRIBED
IN A CERTAIN DEED RECORDED IN BOOK 23604
OF DEEDS AT PAGE 342 IN FAIRFAX COUNTY
CIRCUIT COURT,

THE PREMISES AND REAL PROPERTY WITH
ALL BUILDINGS, APPURTENANCES, AND
IMPROVEMENTS, LOCATED AT **9480 VIRGINIA**
**CENTER BOULEVARD, UNIT 331, VIENNA, VIRGINIA**,
THAT IS, ALL THAT TRACT OR PARCEL OF LAND,
SITUATED IN THE TOWN OF VIENNA,
COUNTY OF FAIRFAX, AND STATE OF VIRGINIA,
AND MORE PARTICULARLY DESCRIBED
IN A CERTAIN DEED RECORDED IN BOOK 22163
OF DEEDS AT PAGE 419 IN FAIRFAX COUNTY
CIRCUIT COURT,

THE PREMISES AND REAL PROPERTY WITH
ALL BUILDINGS, APPURTENANCES, AND
IMPROVEMENTS, LOCATED AT **2726 GALLOWS**
**ROAD, UNIT 1304, VIENNA, VIRGINIA**,
THAT IS, ALL THAT TRACT OR PARCEL OF LAND,
SITUATED IN THE TOWN OF VIENNA,
COUNTY OF FAIRFAX, AND STATE OF
VIRGINIA, AND MORE PARTICULARLY DESCRIBED
IN A CERTAIN DEED RECORDED IN BOOK 21321
OF DEEDS AT PAGE 992 IN FAIRFAX COUNTY
CIRCUIT COURT,

Case No: 16-cv-6112 T

THE PREMISES AND REAL PROPERTY WITH
ALL BUILDINGS, APPURTENANCES, AND
IMPROVEMENTS, LOCATED AT **1939 ROLAND
CLARKE PLACE, UNIT 330, RESTON, VIRGINIA,**
THAT IS, ALL THAT TRACT OR PARCEL OF LAND,
SITUATED IN THE COUNTY OF FAIRFAX, AND STATE OF
VIRGINIA, AND MORE PARTICULARLY DESCRIBED
IN A CERTAIN DEED RECORDED IN BOOK 23831
OF DEEDS AT PAGE 1070 IN FAIRFAX COUNTY
CIRCUIT COURT,

**Defendants.**

## NOTICE OF CLAIM

Pursuant to FRCP Supp. AMC Rule G(5)(a)(i)(A-D), Jessica Zhang, by and through undersigned counsel, hereby submits this Notice of Claim in the above-captioned matter.  In support of her Notice of Claim, Ms. Zhang states as follows:

1. Ms. Zhang claims an interest in the following real property listed in the Government's Verified Complaint:

    A.  9807 Mill Run Drive, Great Falls, Virginia

    B.  9480 Virginia Center Boulevard, Unit 331, Vienna, Virginia

    C.  2726 Gallows Road, Unit 1304, Vienna, Virginia

    D.  1939 Roland Clarke Place, Unit 330, Reston, Virginia

2. Ms. Zhang claims an interest in all of the above-referenced real property as she is an owner of all of the properties.

3. In addition to the claims made above, Ms. Zhang reserved the right to assert a claim to any property in which she may have any interest.

I, Jessica Zhang, declare under penalty of perjury that the foregoing is true and correct.

Executed on: 5/24/16

Jessica Zhang



PATRICIA BROWN
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 14, 2021

Respectfully submitted,

/s/

Barry Coburn
Coburn & Greenbaum, PLLC
1710 Rhode Island Ave, NW
Second Floor
Washington, DC 20036
Tel: 202-643-9472
barry@coburngreenbaum.com

**New York**
99 Hudson Street, 5th Floor
New York, NY 10013

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May 2016, I caused to be delivered a true and accurate copy of the foregoing through the Court's electronic filing system to:

Grace M. Carducci
Assistant U.S. Attorney
United States Attorney's Office
Western District of New York
500 Federal Building
100 State Street
Rochester, New York  14614

_____/s/_____
Barry Coburn