IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      Plaintiff,

  -v-

THE PREMISES AND REAL PROPERTY WITH          16-CV-6112T
ALL BUILDINGS, APPURTENANCES, AND
IMPROVEMENTS, LOCATED AT **9807 MILL RUN
DRIVE, GREAT FALLS, VIRGINIA**, THAT IS, ALL
THAT TRACT OR PARCEL OF LAND, SITUATED
IN THE COUNTY OF FAIRFAX, AND STATE OF
VIRGINIA, AND MORE PARTICULARLY DESCRIBED
IN A CERTAIN DEED RECORDED IN BOOK 23604
OF DEEDS AT PAGE 342 IN FAIRFAX COUNTY
CIRCUIT COURT,

THE PREMISES AND REAL PROPERTY WITH
ALL BUILDINGS, APPURTENANCES, AND
IMPROVEMENTS, LOCATED AT **9480 VIRGINIA
CENTER BOULEVARD, UNIT 331, VIENNA,
VIRGINIA**, THAT IS, ALL THAT TRACT OR PARCEL
OF LAND, SITUATED IN THE TOWN OF VIENNA,
COUNTY OF FAIRFAX, AND STATE OF VIRGINIA,
AND MORE PARTICULARLY DESCRIBED IN A
CERTAIN DEED RECORDED IN BOOK 22163 OF
DEEDS AT PAGE 419 IN FAIRFAX COUNTY
CIRCUIT COURT,

THE PREMISES AND REAL PROPERTY WITH
ALL BUILDINGS, APPURTENANCES, AND
IMPROVEMENTS, LOCATED AT **2726 GALLOWS
ROAD, UNIT 1304, VIENNA, VIRGINIA**, THAT IS,
ALL THAT TRACT OR PARCEL OF LAND, SITUATED
IN THE TOWN OF VIENNA, COUNTY OF FAIRFAX,
AND STATE OF VIRGINIA, AND MORE
PARTICULARLY DESCRIBED IN A CERTAIN DEED
RECORDED IN BOOK 21321 OF DEEDS AT PAGE 992
IN FAIRFAX COUNTY CIRCUIT COURT,

THE PREMISES AND REAL PROPERTY WITH
ALL BUILDINGS, APPURTENANCES, AND
IMPROVEMENTS, LOCATED AT **1939 ROLAND**

CLARKE PLACE, UNIT 330, RESTON, VIRGINIA,
THAT IS, ALL THAT TRACT OR PARCEL OF LAND,
SITUATED IN THE COUNTY OF FAIRFAX, AND
STATE OF VIRGINIA, AND MORE PARTICULARLY
DESCRIBED IN A CERTAIN DEED RECORDED IN
BOOK 23831 OF DEEDS AT PAGE 1070 IN FAIRFAX
COUNTY CIRCUIT COURT,

           Defendants.

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE, that the United States of America by James P. Kennedy, Jr., United States Attorney for the Western District of New York, and Grace M. Carducci, Assistant United States Attorney, of counsel, and Peter Zeidenberg, Esq. as attorney for Bin (Ben) Wen, and Barry Coburn, Esq. as attorney for Peng (Jessica) Zhang, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to by and between the respective parties that the case against the premises and real property captioned above be dismissed without prejudice, each party to bear their own costs, and the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

DATED: 3/4/19

JAMES P. KENNEDY, JR.
United States Attorney
Western District of New York

By: _____
GRACE M. CARDUCCI
Assistant U.S. Attorney
United States Attorney's Office
Western District of New York
500 Federal Building
100 State Street
Rochester, New York 14614
(585) 263-6760

DATED: 2/6/19

PETER ZEIDENBERG, ESQ.
Attorney for Bin (Ben) Wen
Arent Fox LLP
1717 K. Street, NW
Washington, DC 20006
(202) 857-6139

DATED: 2/6/19

BARRY COBURN, ESQ.
Attorney for Peng (Jessica) Zhang
Coburn & Greenbaum, PLLC
1710 Rhode Island Avenue, NW, 2nd Floor
Washington, DC 20036
(202) 657-5006

**IT IS SO ORDERED**:

DATED: 4-9-19 , 2019, at Rochester, New York.

HON. MICHAEL A. TELESCA
United States District Judge